**Mabel NELSON, Appellant,**

v.

**Richard C. SIEBERT, M.D.,
Respondent.**

**C2–87–296.**

Supreme Court of Minnesota.

Oct. 13, 1987.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Richard C. Siebert, M.D. for further *review* be, and the same is, *granted* and all proceedings, including briefing, are stayed on appeal pending final disposition of the appeal in *Charson v. Temple Israel,* 405 N.W.2d 895 (Minn.App.1987), petition for *review granted* July 15, 1987. Thereafter, the parties will be notified about further action required, if any.